IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MONIQUE LASHUN MIMS,

     Plaintiff,                                                                    ORDER

v.

                                              Case No.  15-cv-418-wmc

STATE OF WISCONSIN DEPARTMENT
OF JUSTICE, et al.

     Defendants.

---

Plaintiff Monique LaShun Mims has filed a proposed civil complaint.  Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency.  The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has four dependents and receives $11,940 annually in Social Security benefits.  Plaintiff has no substantial assets.  Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1.    The motion filed by plaintiff Monique LaShun Mims for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2.    No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 6th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge