IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MONIQUE LASHUN MIMS,

    Plaintiff,                                                            JUDGMENT IN A CIVIL CASE

v.                                                                                        Case No. 15-cv-418-wmc

STATE OF WISCONSIN DEPARTMENT OF
JUSTICE and STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Monique Lashun Mims leave to proceed and dismissing this case for lack of jurisdiction.

| /s/ | 4/3/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |